ACCEPTED
01-15-00676-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 3:02:54 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00676-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON DIVISION

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 3:02:54 PM
CHRISTOPHER A. PRINE
Clerk

AMY G. TRIANA, B/N/F IRMA K. ORTEGA,

Appellant,

v.

PHAN-TRAN PROPERTY MANAGEMENT, LLC, MINH PHAN, MISTY
TRAN, AND SERGIO CASTILLO

Appellees.

On Appeal from the 334th Judicial District Court
Of Harris County, Texas
Trial Court Cause No. 2013-74660

APPELLANT'S RESPONSE
TO NOTICE OF DISTRICT CLERK INFORMATION SHEET

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant received notice dated September 17, 2015, stating that the above-referenced case could be dismissed because the District Clerk had informed the Court the Clerk's Record had not been filed due to Appellant failing to pay for it. Appellant's counsel received this Court's notice on September 18, 2015.

Appellant wishes the record to clearly reflect that the failure of the District Clerk to prepare and file the Clerk's Record with this Court was **NOT** due to the failure of Appellant to pay for it. Personnel in Appellant's counsel's office had

1

called the District Clerk shortly before the due date and checked again on the due date to determine if the record had been filed, and what would be the cost. It was not until September 17, 2015, the same day as the date of this Court's notice, that Appellant's counsel was told the amount to be paid. Attached is a copy of that correspondence from the District Clerk showing the date of September 17, 2015 (Exhibit "A").

It is extremely disturbing to learn that the District Clerk, instead of filing a motion for an extension, chose to simply be late in preparing the Clerk's Record, and then try to blame it on the Appellant.

As the District Clerk does not allow electronic payment for the Clerk's Record, it was impossible to make payment until today, September 18, 2015. That payment was made as had already been planned before the notice from this Court. A copy of the receipt is attached (Exhibit "B").

Respectfully submitted,

KURT ARBUCKLE, P.C.

By: /S/ Kurt Arbuckle
    KURT ARBUCKLE
    Texas Bar No. 01284500
    Email: kurt@kurtarbuckle.com
    2121 Sage Road, Suite 100
    Houston, Texas 77056
    713 961-5353
    713 961-5236 Fax
ATTORNEY FOR APPELLANT

2

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b),(d),(e), I certify I have served this document on all other parties – which are listed below – on the 18th day of September 2015:

Wolf A. McGavran
Haynes & Boone, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010

/S/ Kurt Arbuckle_____
KURT ARBUCKLE

NO. 01-15-00676-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON DIVISION

AMY G. TRIANA, B/N/F IRMA K. ORTEGA,
Appellant,

v.

PHAN-TRAN PROPERTY MANAGEMENT, LLC, MINH PHAN, MISTY
TRAN, AND SERGIO CASTILLO
Appellees.

On Appeal from the 334th Judicial District Court
Of Harris County, Texas
Trial Court Cause No. 2013-74660

EXHIBIT "A" TO
APPELLANT'S RESPONSE
TO NOTICE OF DISTRICT CLERK INFORMATION SHEET



# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

9/17/2015

KURT ARBUCKLE, #01284500
2121 SAGE ROAD, STE 100
HOUSTON, TX 77056
PH: 713-961-5353
FX: 713-961-5236

Re: No.: 2013-74660                                        SENT VIA: FAX ONLY

Dear Customer:

This letter is to inform you of the balance, which represents the cost to our office of preparing, at your request, the **Original Clerk's Record** in the above numbered case. Rule (35.3) of the Texas Rules of Appellate Procedure requires that payment of this cost be remitted to our office prior to forwarding the clerk's record to the Court of Appeals.

| | | |
|---|---|---|
| ORIGINAL CLERKS RECORD | $838.00 | |
| | | |
| | | |
| DELIVERED TO THE 1ST COURT OF APPEALS | | |
| | BALANCE DUE $838.00 | |

You may remit your payment in the form of attorney or law firm check, money order or cashier's check, payable to Chris Daniel, District Clerk, by mailing to: Chris Daniel, District Clerk, Attn: Civil/Family Post Trial, P.O. Box 4651, Houston, TX 77210-4651.

Payment also may be remitted in person at the following location: Chris Daniel, District Clerk, Civil/Family Post Trial, 201 Caroline, Room 250, Houston, TX 77002.

Please be informed that this correspondence is the only notice you will receive from this office regarding this payment.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ MICHELLE LOPEZ
        MICHELLE LOPEZ, DEPUTY

AP1 R04-30-92

NO. 01-15-00676-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON DIVISION

AMY G. TRIANA, B/N/F IRMA K. ORTEGA,
Appellant,

v.

PHAN-TRAN PROPERTY MANAGEMENT, LLC, MINH PHAN, MISTY
TRAN, AND SERGIO CASTILLO
Appellees.

On Appeal from the 334th Judicial District Court
Of Harris County, Texas
Trial Court Cause No. 2013-74660

EXHIBIT "B" TO
APPELLANT'S RESPONSE
TO NOTICE OF DISTRICT CLERK INFORMATION SHEET



County Auditor's Form/9999A          Official Receipt                              52 NO. 12376
Harris County, Texas (Rev 04/01)

## CHRIS DANIEL DISTRICT CLERK

Action : ADDITIONAL FEES              Case: 201374660-7      Trans ID: 208698470      Court: 334

Style    PLT: TRIANA, AMY G (B/N/F IRMA K ORTEGA)
         DEF: PHAN-TRAN PROPERTY MANAGEMENT LLC

| Fee | Description | Amount |
|-----|-------------|--------|
| 119 | TRANSCRIPT | $838.00 |

Comments: ORIGINAL CLERKS RECORD

Payment   Check                          7070                    $838.00
Amount Tendered :                                               $838.00
Payment Amount:                                                $838.00
Amount Applied:                                                $838.00
Change Amount:                                                   $0.00

Received      ARBUCKLE, RICHARD KURT          01284500
Of

EIGHT HUNDRED THIRTY EIGHT  AND 00/100
***************************Dollars

Payment Date: 9/18/2015          File Date: 12/13/2013

Assessed By: LOPEZ, MICHELLE A
Validated: 9/18/2015     By :YEARWOOD, MARTHA

AUDITOR COPY